IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUDONG PRIME INT'L LOGISTICS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18 cv 152 ) |
| CBC CUSTOMHOUSE BROKERS, INC., | ) Judge: Honorable Jorge L. Alonso ) |
| Defendant. | ) ) ) |

## MOTION TO VOLUNTARILY DISMISS ACTION

Plaintiff, Pudong Prime Int'l Logistics, Inc., by its attorneys, Shari L. Friedman and Stephanie Espinoza of Marwedel, Minichello & Reeb, P.C., pursuant to FRCP 41(a)(2), and for its Motion to Voluntarily Dismiss Action, states as follows:

1. The parties settled this matter pursuant to a Mutual Release and Settlement Agreement ("Settlement Agreement") effective September 25, 2018.

2. Defendant has made all payments required under the Settlement Agreement.

3. Accordingly, Plaintiff moves to dismiss this action, including the Citation to Discover Assets previously served upon Defendant, with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order dismissing this action, including the Citation previously served on Defendant, with prejudice and with each party to bear its own costs.

Respectfully submitted,

**PUDONG PRIME INT'L LOGISTICS, INC.**

By: /s/ Shari L. Friedman
Shari L. Friedman (6193095)
Stephanie Espinoza
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street
Suite 1100
Chicago, IL 60606
(312) 902-1600